```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA

    v.

FREDERICK J. BIRKS and
ROBERT BEURET

          Defendants.

Criminal No. 07-153 (JBS)

**ORDER**

    This matter having come before the Court upon Defendant Robert Beuret's motions to exclude the expert testimony of William Park [Docket Items 55 and 89]; the Court having considered the submissions of the parties in support thereof and opposition thereto, together with oral argument held on May 19, 2009; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this __**16th**__ day of **June, 2009** hereby

    ORDERED that Defendant Beuret's first motion to preclude expert testimony [Docket Item 55] shall be, and hereby is, **DISMISSED** as moot; and it is further

    ORDERED that Defendant Beuret's second motion to preclude expert testimony [Docket Item 89] shall be, and hereby is, **DENIED**; and it is further

ORDERED that the Government shall supplement its May 1st letter regarding "away from market" and "private transactions" within seven (7) days of entry of this Opinion and Order to include, at a minimum, a description of the witness's opinions on each of these topics and the bases and reasons for those opinions; in the absence of timely and adequate supplementation, the Government will be precluded from adducing Park's opinion testimony on those topics at trial.

    **s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge